IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

97 DEC 23 PM 3:59

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 97-N-1789-S |
| RIVER KING ENERGY COMPANY OF ) | |
| ALABAMA, INC., ) | |
| Defendant. ) | |

ENTERED

DEC 2 3 1997

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant River King Energy Company of Alabama, Inc., on October 9, 1997; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is a corporation and therefore not an infant or incompetent person.

3. Defendant is indebted to the Plaintiff in the sum of $8,108.36 for reclamation fees, $3,743.00 for prejudgment interest, $2,937.77 for prejudgment penalty, $2,216.00 for administrative costs, and $143.25 for cost of Marshal's service, for a total of $17,148.38.

4. Plaintiff is due to recover from Defendant the total sum of $17,148.38, plus additional prejudgment interest and late-payment

6

penalties in the amount of $3.01 per day and administrative costs, which will accrue at the rate of $32.00 per month, beginning on December 6, 1997, until date of judgment, and interest thereafter at the prevailing legal rate per annum until paid in full.  A judgment will enter accordingly.

Done this __23rd__ day of __Dec__, 19__97__.

_____
UNITED STATES DISTRICT JUDGE